IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

STEVEN KENT BLOOM,

         Plaintiff,

v.

MARY KOCH, in her Individual
Capacity; and in her Official Capacity, as
Forensic Scientist, of the KS. B.I.,

ELLEN HAWKS, in her Individual
Capacity; and in her Official Capacity, as
SGT., of the Shawnee CO., KS. D.O.C.,

KENDA FALLEY, in her Individual
Capacity; and in her Official Capacity, as
Court Reporter, of the 3rd. Judicial
District Court, of the State of Kansas,

KEVIN MILLER, in his Individual
Capacity; and in his Official Capacity, as
SGT., of the Topeka, KS. Police Dept.,

The City of
TOPEKA, KANSAS,

The County of
SHAWNEE COUNTY, KANSAS,

The KANSAS BUREAU OF INVESTIGATION,

F.G. MANZANARES, in his Individual
Capacity; and in his Official Capacity, as
privately retained Legal Counsel,

KEVIN COOK, in his Individual
Capacity; and in his Official Capacity, as
privately retained Legal Counsel,

F.N.UNK. PETERSON, in his Individual
Capacity; and in his Official Capacity, as
privately retained Psychiatrist,

         Defendants.

Civil

Action,

File No.

02-3224-GTV

**MOTION FOR MONETARY COMPENSATION**

with attached

MEMORANDUM SUPPORTING

3

## MEMORANDUM SUPPORTING MOTION FOR COMPENSATION

The Plaintiff is a disabled Vietnam Combat wounded Special Forces soldier. The State of Kansas and Shawnee CO., KS. did use malicious prejudice with animus to injure the Plaintff. The SH. CO. Prosecutor holds Mental Health Records regarding SKB where SKB says he would join a revolution in America. These records are from when SKB was declared excessively disabled and refused employment. Then declared not disabled, and refused a pension. All by Federal Government Agencies. These M.H. records came from the V.A. Hospital in Spokane, WA., from an "OUT-REACH GROUP COUNSELING" session. Where it was encouraged to get rid of anzieties and frustrations acceptably. These very private M.H. records were said to be in confidence. Never to be public. The State of Kansas through the Attorney General , C. Stovall, has testified to the Supreme Court of America that the State does not use Mental Health records in criminal cases. Neverthe less, SH. CO. holds these records, with Discovery Sequence No.s on them. F.G. MANZANARES and/or DR. PETERSON provided these records to SH. CO.. This is in complete violation of every element of justice.

The State of KS. did try to put SKB in the State Hospital, where the State could send the Dept. of V.A. a bill of what? three to five thousand dollars per month for SKB's 'treatment'. SKB was framed of murder so that the State could make a "CASH CROP" of him.

MEMORANDUM SUPPORTING ...

SKB spent $46,000.00 just to be able to put a plea of "ONLY NOT GUILTY" before the Court. He was sentenced to "HARD 10" to life in prison. He will prove that this is wrong, eventually.

The State wanted SKB for at least 25 years in the Hospital. The State and Manzanares owe SKB for those 15 years difference they tried to steal from SKB. Is KS. so poor that it will drink the blood of its few true patriots.? The men who did not hide from the draft, during the many years of the Vietnam tragedy.

## MOTION FOR MONETARY COMPENSATION

COMES NOW the pro se Plaintiff, and moves this COURT for the following reliefs:

A. Compensation damages for the loss of use of $5,836.80 for 5 & 1/2 years. This loss resulted from the felonious writings of SGT ELLEN HAWKS. Interest on these monies being nearly $1,250.00. To be paid by SGT ELLEN HAWKS.

B. Punitive damages against SHAWNEE CO., KS. and SGT. E. HAWKS of $25,000.00, payable in equal parts by each.

C. Compensatory damages of $59,000.00 to be paid in equal parts by F.G. MANZANARES and SHAWNEE CO.,KS. for refusing to change the falsely presented plea, not representative of SKB's intentions.

D. Punitive damages in the amount of $2,980.00 per month for fifteen years. Twenty five % payable by K. COOK, F.G. MANZANARES, and DR. PETERSON; seventy five % payable by The City of TOPEKA, KS., the County of SHAWNEE CO., KS., and the KANSAS BUREAU OF INVESTIGATION.

Since SKB does not challenge the Constitutionality of his conviction with this Civil Action; he can not request relief from MARY KOCH, KENDA FALLEY, and KEVIN MILLER.

Respectfully requested;

July 20, 2002

*Steven K Bloom*
STEVEN KENT BLOOM, Reg. #0070714
  the pro se Plaintiff
C/o E.D.C.F., C2-227
Rt. 3 Box 311
El Dorado, Kansas 67042