ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

File No. 02-3224-GTV

STEVEN KENT BLOOM,

         Plaintiff,

   v.

MARY KOCH,

et al,

         Defendants.

**Plaintiff Questions**

**This COURT**

FILED
OCT 07 2002
RALPH L. DeLOACH, Clerk
By_____ Deputy

    Plaintiff is caught in a contradiction, the way he understands the rules, regarding his responsibilities in filing and serving an inmate complaint.

  a. Fed.R.Civ.P. Rule 1915 writes that a judge is to 'Review' an inmate complaint before serving on a government employee or entity.

  b. "U.S. DISTRICT CT. for the DISTRICT OF KANSAS INFORMATION AND INSTRUCTIONS FOR PRISONERS FILING ... ", writes, "you must submit ... , plus one copy of the complaint and all attachments or exhibits for each defendant you name."

  c. On my receipt from the clerk it is written, 'it is my responsibility to serve on counsel for the defendants.'

Plaintiff sees (c.) as contrary to (a.) & (b.).

Plaintiff has provided the clerk with some very expensive cop(y)ies of the complaint and exhibits, in an appendix, for this case.

<u>IF THIS COURT DIRECTS THAT</u> I am to serve these complaints and appendix, THEN I request to be so informed, so as to come and pick them up from the clerk.

Respectfully submitted;

October 03, 2002
Date signed.

STEVEN KENT BLOOM, Reg. #0070714
    the pro se Plaintiff
C/o EDCF; Rt. 3 Box 311
EL DORADO, KS. 67042


Pursuant to Title 28 U.S.C. § 1746.
I, STEVEN KENT BLOOM, declare under penalty of perjury under the laws of the United States of America that:
   That I deposited in the U.S. Mail, 1st class postage
   prepaid, two copies of the above and foregoing,
   **"Plaintiff Questions This COURT"**, addresed to:

RALPH L. DeLOACH, CLERK
U.S. DISTRICT CT.
259 ROBERT J. DOLE U.S. CH.
500 State Avenue
KANSAS CITY KANSAS 66101,
       mailed on the 3Rd day of October, 2002.

STEVEN KENT BLOOM