

UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

File No. 01-CV-3450-GTV
File No. 02-CV-3058-GTV
File No. 02-CV-3224-GTV
File No. 02-CV-3300-GTV

STEVEN KENT BLOOM,
    Petitioner,

v.

G.T. VANBEBBER,
United States Senior District Judge –
    Respondent.

Petition For Voluntary Recusal

Pursuant to: 28 U.S.C.A. § 455. (a)

"... the allegedly unlawful prosecution and conviction of <u>a white man who is living with</u>, and victimized by, <u>African-American females</u>.", <emphasis added>, (File No. 02-CV-3043-GTV, Doc. #18, "ORDER", SEP. 18, 2002, at 2, par. 2).

<u>**NO WHERE IN THE RECORD**</u>, or anywhere else, not even in the Libelous writings of the "Topeka Capitol Journal", is it written that the Caucasian male Plaintiff 'lives with' an African-American woman. No where has it even been spoken. This untrue writing upon the record of File No. 02-CV-3043-GTV is the product of the mind of Judge VanBebber.

Contemplating the quoted writings lead any reasonable person to conclude that there exist much more than the necessary:

> "... only the slightest indication of appearance or fact of bias or prejudice arising from these sources (racial bias or financial interest) will be sufficient to disqualify judge.

U.S. v. Conforte, C.A. 9 (Nev.) 1980, 624 F.2d 869, certiorari denied 101 S.Ct. 568, 449 U.S. 1012, 66 L.Ed.2d 470."
(Quoted from 28 U.S.C.A. § 455 at 678, **70. Race**).

Caucasian male Plaintiff does choose to "socialize" with African-American females. Judge G.T. VanBebber has taken a hugh wrong step in escalating this relationship to living with an African-American female.

With great regret SKB must declare that Judge G.T. VanBebber has displayed racism against a Caucasian male who chooses to socialize with African-American females. SKB cognizes this as reflected racism against African-Americans.

## PETITIONER REQUEST THIS COURT

COMES NOW the Petitioner and humbly request that Judge G.T. VanBebber voluntarily recuse himself from any future court presidings wherein STEVEN KENT BLOOM is a party.

Respectfully submitted;

_Oct. 27, 2002_
Date signed.

_Steven K Bloom_
STEVEN KENT BLOOM, Reg. #0070714
 the pro se Plaintiff-Petitioner
C/o L.C.F.;  P.O. Box 2
Lansing, Kansas 66043

## CERTIFICATE OF SERVICE

I, STEVEN KENT BLOOM, hereby certify that on the 28th day of October, 2002, I deposited in the U.S. Mail, 1st class postage prepaid, 4 originals plus 4 copies of "Petition For Voluntary Recusal", addressed to:

RALPH L. DeLOACH, CLERK of the
U.S. DISTRICT COURT
490 U.S. CH.
444 S.E. Quincy
TOEKA KANSAS 66683.

_Steven K Bloom_
STEVEN KENT BLOOM, Reg. #0070714

Pursuant to:  Title 28 § 1746

I, STEVEN KENT BLOOM, declare under penality of perjury under the laws of the United States of America that:

That this is my own work, and that I completed the service as above.

_Oct. 27, 2002_
Date signed.

_Steven K Bloom_
STEVEN KENT BLOOM, Reg. #0070714



Steven K. Bloom
Reg. # 60707/4
c/o L.C.F.
P.O. Box 2 MB 4 B
Lansing KS 66043

Ralph L. DeLoach, Clerk of
U.S. District Ct.
444 S.E. Quincy
Topeka Kansas 66683

RECEIVED
OCT 29 2002
CLERK U.S. DIST. COURT
TOPEKA, KANSAS