



ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

FILED DEC 1 [...]

File No. 02-CV-3224-GTV

STEVEN KENT BLOOM, )
            Plaintiff, )
)
v. )    **Notice of Appeal**
)
MARY KOCH, Forensic )
Scientist, KS. B.I., **et al**, )
            Defendants. )

Notice is hereby given that STEVEN KENT BLOOM, Plaintiff in the above named case, hereby appeal to the United States Court of Appeal for the 10th Circuit, from the:

1) 'Dismissal of claim against E. HAWKS pursuant to 28 U.S.C.A. § 1915A; AND, dismissal against all others pursuant to Heck v. Humphrey, 512 U.S. 477 (1994).'

2) Denial of motions for monetary compensation, service, and recusal (Doc. 3 and 4, 5, and 6).

Decision by Court NOV. 18, 2002.

December 09, 2002
Date signed.
Date 13 copies mailed
to the clerk.
SKB

STEVEN KENT BLOOM, Reg. #0070714
  the pro se Plaintiff
C/o L.C.F.; P.O. Box 2
Lansing, Kansas 66043